NO. CR02113

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 102ND JUDICIAL DISTRICT |
| | § | |
| RALPH BARBA, JR. | § | RED RIVER COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
3/26/2015 2:55:55 PM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Ralph Barba, Jr., Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Ralph Barba, Jr.

Respectfully submitted,

MAC COBB
P.O. Box 1134
Mount Pleasant, Texas 75456
Tel:    903.717.8606
Fax:    903.717.8613

By: _____
Mac Cobb
State Bar No. 04434300
maccobblaw@yahoo.com
Attorney for Ralph Barba, Jr.

FILED
12:00 pm
MAR 20 2015
Janice Gentry, District Clerk
Red River County, Texas
By_____ Deputy

## CERTIFICATE OF SERVICE

This is to certify that on March 20, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Red River County, Clarksville, Texas, by hand delivery.

_____
Mac Cobb

1

CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL TO THE COURT OF APPEALS

APPELLATE NO._____
(To be filled in by COA)

TRIAL COURT NO.   CR02113

BARBA,RALPH JR.                                    *           IN THE 102 JUDICIAL DIST. COURT
(Appellant)

VS.
                                                   *           OF
STATE OF TEXAS                                     *           RED RIVER COUNTY, TEXAS
(Appellee)

The records of my office reflect the following information in this case:

DEFENDANT WAS CONVICTED OF:  CONTINUOUS SEXUAL ABUSE OF A YOUNG CHILD

PUNISHMENT ASSESSED:  LIFE SENTENCE

WAS THIS A REVOCATION OF PROBATION? : _____YES    __X__NO

DEFENDANT IS:    __X__ IN JAIL         _____OUT ON BOND        _____OUT ON PROBATION

If on BOND give AMOUNT: $_____DATE Bond was posted:_____

SENTENCE IMPOSED on the 20th day of March, 2015.

If no SENTENCE, ORDER appealed from was signed: the _____ day of_____, 2003

WRITTEN NOTICE OF APPEAL WAS FILED ON: March 20, 2015

TRIAL WAS HELD BEFORE THE COURT:

1. BY TRIAL COURT ONLY with no jury_____     3. With a Jury on PUNISHMENT ONLY_____
2. With a JURY on GUILT ONLY_____       4. With a JURY ON GUILT & PUNISHMENT__X__

* If Motion for New Trial was filed after Notice of Appeal. Please give Written Notice to the Court of Appeals Immediately.

PRESIDING TRIAL COURT JUDGE:  BOBBY LOCKHART

TRIAL COURT REPORTER:  MELANIE HARRIS
ADDRESS:  3414 COLONIAL CIRCLE
          TEXARKANA, TX 75503

WAS DEFENDANT DECLARED INDIGENT?: __X_ yes        _____no

2

DEFENDANT'S COUNSEL IS: Retained_____ Appointed ___X___ Pro Se_____

DEFENDANT IS REPRESENTED ON APPEAL BY: MAC COBB     04434300
                                        (Attorney Name)   ( Bar number)
        PO BOX 1134, MT. PLEASANT, TX 75456
        (Address):
        (903)717- 8606
        (Telephone No)

STATE IS REPRESENTED ON APPEAL BY: Val Varley,       20496580
                                   (County Attorney Pro Tem)   (Bar Card No.)

        (Address): Red River County Courthouse, 400 N. Walnut, Clarksville, TX 75426
        (Telephone No.):  903-427-2009

DATED this 25th day of March, 2015.


                                    Janice Gentry
                                    Red River County, District Clerk


                                    _____Deputy

NOTE:  ATTACH A COPY OF THE NOTICE OF APPEAL TO THIS FORM.
       (ONE COPY OF THIS FORM TO COURT OF APPEALS & ONE COPY TO THE TRIAL COURT)

PLEASE BE SURE THAT ALL OF THE REQUESTED INFORMATION IS COMPLETE- THANK YOU.



(Complete in Duplicate - Original to  Sixth District Court of Appeals
                                      Bi-State Justice Bldg.
                                      100 North State Line Avenue #20
                                      Texarkana, TX 75501

3